UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC, a/s/o B.C., A.R., and K.W., <br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ; ABC CORP. (1-10) (said names being fictitious and unknown entities)<br><br>Defendant. | Civil Action No.<br>(NJ State Docket No. BER-L-1041-13) |

### DECLARATION OF SERVICE AND FILING OF NOTICE OF REMOVAL ON BEHALF OF NESTLÉ WATERS NORTH AMERICA INC.

I, Samuel Feldman, of full age, hereby declare under penalty of perjury as follows:

1. I am an attorney-at-law of the State of New Jersey and am admitted to practice in the U.S. District Court for the District of New Jersey. I am a member of the firm Orloff, Lowenbach, Stifelman & Siegel, P.A. attorneys for defendant Nestlé Waters North America Inc. ("NWNA"), improperly pleaded in the Complaint as "Nestle", with respect to the above-captioned matter.

2. On March 12, 2013, I caused a Notice of Removal of a Civil Action, Corporate Disclosure Statement, Civil Cover Sheet, and Certification of Service and

458796   3/13/2013

Certification of Filing of Notice of Removal to be filed with the United States District Court for the District of New Jersey.

      3. On March 13, 2013, I caused a copy of the Notice of Removal of a Civil Action, Corporate Disclosure Statement, Civil Cover Sheet, Notice of Removal of Civil Action to the United States District Court, and Certification of Service and of Filing of Notice of Removal to be served via Lawyers' Service overnight delivery via upon plaintiff's counsel of record, Andrew Bronsnick, Esq., Massood & Bronsnick, L.L.C., 50 Packanack Lake Road East, Wayne, New Jersey 07470.

      4. On March 13, 2013, I caused to be sent, via Lawyers Service overnight delivery, for filing with the Clerk of the Superior Court of New Jersey, Law Division, Bergen County, a Notice of Removal of Civil Action to the United States District Court.

Dated:  March 13, 2013

/s/ Samuel Feldman
Samuel Feldman
ORLOFF, LOWENBACH, STIFELMAN
  & SIEGEL, P.A.
101 Eisenhower Parkway - Suite 400
Roseland, New Jersey  07068-1097
*Attorneys for Defendant Nestlé Waters North America Inc.*