Jeffrey M. Garrod, Esq.
ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.
101 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068-1097
Tel. (973) 622-6200
Fax: (973) 622-3073
jmg@olss.com
Attorneys for Defendant
Nestlé Waters North America Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC,: a/s/o B.C., A.R., and K.W., <br><br> Plaintiff, <br><br> v. <br><br> NESTLÉ; ABC CORP. (1-10) (said names being fictitious and unknown entities) <br><br> Defendant. | Civil Action No. 13-cv-1480 (WJM) <br><br> **STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE REPLY** |

IT IS hereby stipulated and agreed by and between Plaintiff and Defendant that the time within which Defendant may serve and file its reply in further support of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is hereby extended to and including May 20, 2013.

MASSOOD & BRONSNICK, LLC
Attorneys for Plaintiff

By: /s/ Andrew Bronsnick

ORLOFF, LOWENBACH, STIFELMAN &
SIEGEL, P.A.
Attorneys for Defendant

By: /s/ Jeffrey M. Garrod

ORLOFF, LOWENBACH,
STIFELMAN & SIEGEL, P.A.
101 EISENHOWER PKWY.
ROSELAND, NJ 07068
(973) 622-6200

Andrew Bronsnick
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
abronsnick@massoodlaw.com

Jeffrey M. Garrod
101 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068-1097
(973) 622-6200
jmg@olss.com

Dated: April 18, 2013

SO ORDERED.

_____
HON. WILLIAM J. MARTINI, U.S.D.J.
4/19/13

ORLOFF, LOWENBACH,
STIFELMAN & SIEGEL, P.A.
101 EISENHOWER PKWY.
ROSELAND, NJ 07068
(973) 622-6200