**MASSOOD & BRONSNICK, LLC**

COUNSELLORS AT LAW

50 PACKANACK LAKE ROAD EAST
Wayne, New Jersey 07470-6663
(973) 696-1900
Fax (973) 696-4211

Email: ABRONSNICK@MASSOODLAW.COM

Reply to Wayne

JOSEPH A. MASSOOD
ANDREW R. BRONSNICK °*
_____

°Certified by the Supreme Court of
 New Jersey as a Civil Trial Attorney

*NJ, NY, DC and MD Bars
^ NJ and NY Bars
+ NJ, NY, DC and WA Bars

KEVIN J. SAVAGE +
BRENDAN H. MORRIS ^
ALLISON T. KURTZ
DANIELLE L. VERGA ^
KIMBERLY A. KOPP

PARALEGALS
ELIZABETH BABITSCH
DARA K. SIERRA

PASSAIC OFFICE
647 Main Ave, Suite 203
Passaic, NJ 07055
973-779-4200
973-777-7977-f

May 6, 2013

**Via ECF**
Honorable William J. Martini, USDJ
United States District Court
District of New Jersey
M.L. King Jr. Fed. Bldg & Courthouse, Room 4076
50 Walnut Street
Newark, NJ 07102

    Re: *Patient Care Associates, LLC a/s/o B.C., A.R., and K.W. v. Nestle*
       *Civil Action No.: 2:13-cv-01480-WJM-MF*

Dear Judge Martini:

 Our firm represents Plaintiff in the above-referenced matter. There is currently a Motion to Dismiss Plaintiff's Complaint filed by Defendants returnable before Your Honor.

 We respectfully request that Plaintiff be permitted to file an opposition to the motion by May 20, 2013 and that Defendant be afforded additional time to submit it reply.

 Our adversary, Jeffrey M. Garrod, Esq. of Orloff, Lowenbach, Stifelman has provided his consent to this request for an extension and/or adjournment.

 Thank you for your consideration of this matter.

              Respectfully,

              ANDREW BRONSNICK, ESQ.

cc: Jeffrey M. Garrod, Esq. (Via ECF)
  Samuel Feldman, Esq. (Via ECF)