<table>
<tr><td>JOSEPH A. MASSOOD<br>ANDREW R. BRONSNICK °*<br>_____<br><br>°Certified by the Supreme Court of<br>  New Jersey as a Civil Trial Attorney<br><br>*NJ, NY, DC and MD Bars<br>^ NJ and NY Bars<br>+ NJ, NY, DC and WA Bars</td><td align="center"><b>MASSOOD & BRONSNICK, LLC</b><br><br>COUNSELLORS AT LAW<br><br>50 PACKANACK LAKE ROAD EAST<br>Wayne, New Jersey 07470-6663<br>(973) 696-1900<br>Fax (973) 696-4211<br><br>Email: ABRONSNICK@MASSOODLAW.COM<br><br>Reply to Wayne</td><td>KEVIN J. SAVAGE +<br>BRENDAN H. MORRIS ^<br>ALLISON T. KURTZ<br>DANIELLE L. VERGA ^<br>KIMBERLY A. KOPP<br><br><u>PARALEGALS</u><br>ELIZABETH BABITSCH<br>DARA K. SIERRA<br><br><u>PASSAIC OFFICE</u><br>647 Main Ave, Suite 203<br>Passaic, NJ 07055<br>973-779-4200<br>973-777-7977-f</td></tr>
</table>

May 21, 2013

**<u>Via ECF</u>**
Clerk's Office
United States District Court
District of New Jersey
M.L. King Jr. Fed. Bldg & Courthouse, Room 4015
50 Walnut Street
Newark, NJ 07102

    Re: *Patient Care Associates, LLC a/s/o B.C., A.R., and K.W. v. Nestle*
       Civil Action No.: 2:13-cv-01480-WJM-MF

Dear Sir/Madame:

  Our firm represents the Plaintiff in the above-referenced matter. Please be advised that Brief in Opposition to Defendant's Motion to Dismiss (Document #14) was sealed in error. We apologize for any confusion this may have caused and ask that Document #14 restricted access be lifted.

  Thank you for your time and consideration.

              Very Truly Yours,

              ANDREW BRONSNICK, ESQ.

cc: Jeffrey M. Garrod, Esq. (Via ECF)
  Samuel Feldman, Esq. (Via ECF)