**ORLOFF, LOWENBACH, STIFELMAN & SIEGEL**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
101 EISENHOWER PARKWAY - SUITE 400
ROSELAND, NEW JERSEY 07068-1097

(973) 622-6200   •   Fax: (973) 622-3073
E-MAIL: attorneys@olss.com
www.olss.com

JOEL D. SIEGEL*
LAURENCE B. ORLOFF*
STANLEY SCHWARTZ*
JEFFREY M. GARROD*
SANDERS M. CHATTMAN
SAMUEL FELDMAN*
EDMUND A. MIKALAUSKAS
SUSAN M. HOLZMAN*
WILLIAM J. ADELSON*
EUGENIA YUDANIN*
PHILIP C. CORBO*
ADAM M. HABERFIELD△
CRAIG A. OLLENSCHLEGER

ALISSA PYRICH
AZRIEL J. BAER*
MATTHEW T. ASLANIAN
DAVID GORVITZ*
KATHRYN E. TRINH*
SHEIKH M. SHAGHAF*

OF COUNSEL
FRANK L. STIFELMAN
RALPH M. LOWENBACH*
FLOYD SHAPIRO†

\* MEMBER NJ & NY BARS
△ MEMBER NJ & PA BARS
† MEMBER NJ, NY & FL BARS

May 21, 2013

REFER TO FILE NO.
032605-153

**<u>VIA ECF</u>**
Hon. William J. Martini, U.S.D.J.
United States District Court for New Jersey
M.L. King, Jr. Fed. Bldg. & Courthouse
50 Walnut Street - Room 4076
Newark, New Jersey  07102

     Re:    Patient Care Assocs., LLC a/s/o B.C., A.R. and K.W. v.
             Nestlé Waters North America Inc.
             **Civil Action No. 13-cv-1480 (WJM)**
             <u>**Defendant's Motion to Dismiss Complaint/Motion Day:  June 3, 2013**</u>

Dear Judge Martini:

      With plaintiff's consent, I submit the accompanying Stipulation and Order to extend by one week -- from May 28 to June 3, 2013 -- defendant Nestlé Waters North America Inc.'s time to file and serve its reply papers in further support of NWNA's motion to dismiss plaintiff's complaint pursuant to *Fed. R. Civ. P.* 12(b)(6).  Plaintiff has consented to this requested extension, which is consistent with the two-week extension previously given to Plaintiff to respond to NWNA's motion.

      We thank Your Honor in advance for your kind consideration of this consensual request.

Respectfully yours,

*/s/ Jeffrey M. Garrod*

JEFFREY M. GARROD

JMG:cal
Enclosure
cc:    Andrew Bronsnick, Esq. (Via ECF & Regular Mail w/encl.)

3008404   05/21/2013